# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| Dialysis Access Center, LLC; Dr. Justo González Trápaga; and his wife, Nancy Roig Flores<br><br>    Appellants<br><br>v.<br><br>RMS Lifeline, Inc.<br>    Appellee | APPEAL NO. 10-1872<br>(DCPR 10-01382 (GAC))<br><br>NULLITY OF CONTRACT, DAMAGES |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 26.1, the undersigned counsel for RMS Lifeline, Inc., a private non-governmental party, certifies that DaVita, Inc. is the corporate parent of RMS Lifeline, Inc., and that DaVita, Inc. is publicly held.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on September 21, 2010.

**S/CRISTINA B. MARTÍNEZ GUZMÁN**
**USCA NO. 82740**
martinezguzmanc@gmail.com
**GONZÁLEZ CASTAÑER & MORALES CORDERO, C.S.P.**
Westernbank World Plaza
Suite 1500
Ave. Muñoz Rivera 268
Hato Rey, Puerto Rico 00918
Tel. 758-7819 / Fax. 758-4152
gcmglaw@gmail.com