## DEFENDANT-APPELLEE RULE 26.1
## CORPORATE DISCLOSURE STATEMENT

The underisgned counsel for RMS Lifeline, Inc., a private non-governmental party, certify that DaVita, Inc. is the corporate parent of RMS Lifeline, Inc., and that DaVita, Inc. is publicly held.